## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Toni Lynn Hochard,

        Plaintiff,　　　　　　　　　　　Civil No.07-2572 (RHK/AJB)

vs.　　　　　　　　　　　　　　　　　**DISQUALIFICATION AND
　　　　　　　　　　　　　　　　　　ORDER FOR REASSIGNMENT**

Johnson & Johnson, Johnson &
Johnson Pharmaceutical Research &
Development, L.L.C., f/k/a R.W. Johnson
Pharmaceutical Research Institute, Ortho-
McNeil Pharmaceutical, Inc.,

        Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: June 4, 2007

                                s/Richard H. Kyle
                                RICHARD H. KYLE
                                United States District Judge